**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LEGEND PICTURES, LLC, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:25-CV-11318 |

# EXHIBIT 2 TO THE COMPLAINT

LEGEND PICTURES, LLC

EXHIBIT 2             U.S. REG. V9979D750

*Dune; motion picture*

| | |
|---|---|
| Type of Work: | Recorded Document; Motion Picture |
| Document Number / Date: | V9979D750 / 2020-02-06 |
| Entire Copyright Document: | V9979 D750 P1-2 |
| Date of Execution: | 31Jan20 |
| Date of Certification: | 02/04/2020 |
| Notes: | Assignment. |
| Party 1: | Legendary Pictures Funding, LLC & Legendary Features Productions, US LLC. |
| Party 2: | Warner Brothers Pictures, a division of WB Studio Enterprises, Inc. |
| Names: | Legendary Pictures Funding, LLC<br>Legendary Features Productions, US LLC<br>Warner Brothers Pictures<br>WB Studio Enterprises, Inc. |



1

LEGEND PICTURES, LLC

EXHIBIT 2     U.S. REG. V15021D880

### *DUNE: PART 2*

| | |
|---|---|
| Type of Work: | Recorded Document; Motion Picture |
| Document Number / Date: | V15021D880 / 2024-01-10 |
| Entire Copyright Document: | V15021 D880 P1-3 |
| Notes: | Assignment. |
| Party 1: | Legendary Pictures Funding, LLC & Legend IP Holdings Production, LLC |
| Party 2: | Warner Bros. Pictures, a division of WB Studio Enterprises, Inc. |
| Names: | Legendary Pictures Funding, LLC<br>Warner Bros. Pictures, a division of WB Studio Enterprises, Inc.<br>Legend IP Holdings Production, LLC |

==================================================================